IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-mc-00038-MR-DLH

DOUGLAS RAYMOND,[1]

      Plaintiff,

vs.

STEVEN TERNER MNUCHIN,

      Defendant.

**O R D E R**

**THIS MATTER** is before the Court *sua sponte*.

**I.    PROCEDURAL BACKGROUND**

On July 5, 2017, the Plaintiff filed a document entitled "Registration of Foreign Judgment." [Doc. 1]. In this document, the Plaintiff makes a demand for "lawful money in all transactions" and asks the Clerk to issue a summons and to commence garnishment proceedings against the Defendant. [Id. at 1-2]. The Plaintiff also appears to challenge the legitimacy of the

---

[1] While the caption of the "Registration of Foreign Judgment" identifies the Plaintiff as "Douglas Raymond" [Doc. 1 at 1], it appears that the Plaintiff's name is actually Douglas Raymond Stehling. The body of the pleading refers to the Plaintiff as "Douglas Raymond of the STEHLING family." [Id.]. In addition, the IRS correspondence attached to the Plaintiff's "Registration of Foreign Judgment" is addressed to "Douglas R. Stehling." [Doc. 1-2 at 4].

confirmation affidavits and oaths of office executed by Roger L. Gregory, Chief Circuit Judge for the Court of Appeals for the Fourth Circuit, and Timothy M. Burgess, Chief United States District Judge for the United States District Court for the District of Alaska. [Id. at 2; Doc. 1-2 at 1-3]. Finally, the Plaintiff attaches a letter dated June 9, 2017 from the Internal Revenue Service (IRS) advising the Plaintiff that he has made frivolous arguments concerning his tax liability. [Doc. 1-2 at 4-7]. The words "Refusal for Cause" have been written across each page of this correspondence. [Id.]. Regarding this correspondence, the Plaintiff states in his "Registration of Foreign Judgment" as follows:

> Therefore the paper of June 9, 2017, a frivolous penalty 3175C Letter is hereby Refused for Cause timely and returned to Steven Terner MNUCHIN as principal. Summons and Process of Garnishment are contemplated stipulating that the frivolous penalty process generated by agent Christine L. DAVIS at MS 4450 Ogden, Utah and any other IRS agents and/or attorneys stops. The rule of law is that the clerk must issue summons and garnishment on Mr. MNUCHIN should it be ordered upon this finding of fact and true judgment.

[Doc. 1 at 3].

## II. DISCUSSION

The registration of a foreign judgment is governed by 28 U.S.C. § 1963, which provides, in pertinent part, as follows:

> A judgment in an action for the recovery of money or property entered in any court of appeals, district court, bankruptcy court, or in the Court of International Trade may be registered by filing a certified copy of the judgment in any other district or, with respect to the Court of International Trade, in any judicial district, when the judgment has become final by appeal or expiration of the time for appeal or when ordered by the court that entered the judgment for good cause shown. Such a judgment entered in favor of the United States may be so registered any time after judgment is entered. A judgment so registered shall have the same effect as a judgment of the district court of the district where registered and may be enforced in like manner.

28 U.S.C. § 1963. By its terms, § 1963 applies only to a judgment for the recovery of money or property entered *by a federal court*. Here, the Plaintiff does not seek to register the judgment of any court; rather, he is attempting to register various documents, including copies of judges' oaths and correspondence that he received from the IRS, in an effort to commence some sort of action against the United States Secretary of the Treasury. The Plaintiff's efforts, however, have no legal effect and constitute a wholly improper use of the registration procedure. Accordingly, the Plaintiff's filing

is hereby stricken as frivolous. See, e.g., Ohio Hoist Mfg. Co. v. LiRocchi, 490 F.2d 105, 107-08 (6th Cir. 1974) (holding that registering court has inherent authority to annul or vacate a registered judgment filed in knowing violation of § 1963).

**IT IS, THEREFORE, ORDERED** that the Plaintiff's "Registration of Foreign Judgment" [Doc. 1] is hereby **STRICKEN AS FRIVOLOUS**.

The Clerk of Court is respectfully directed to terminate this action.

**IT IS SO ORDERED.**

Signed: July 21, 2017

Martin Reidinger
United States District Judge