IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-mc-00038-MR-DLH

DOUGLAS RAYMOND,[1]     )
                        )
        Plaintiff,      )
                        )
                        )
vs.                     )     **O R D E R**
                        )
                        )
STEVEN TERNER MNUCHIN,  )
                        )
        Defendant.      )
_____)

**THIS MATTER** is before the Court on the Plaintiff's "Show Cause Answer" filed on August 16, 2017 [Doc. 8].

On August 4, 2017, the Court entered an Order directing the Plaintiff to show cause why a pre-filing review system should not be imposed. [Doc. 8]. The Plaintiff now responds to that Order. In his Response, the Plaintiff represents that he will not make any further filings in this matter. [Doc. 8 at 1].

---

[1] While the caption of the "Registration of Foreign Judgment" identifies the Plaintiff as "Douglas Raymond" [Doc. 1 at 1], it appears that the Plaintiff's name is actually Douglas Raymond Stehling.

In light of the Plaintiff's representation that he will not make any further filings, the Court will not impose a pre-filing review system at this time. In the event, however, that the Plaintiff continues to make frivolous filings in this Court, either in this matter or in any other action, the Plaintiff is warned that a pre-filing review system will be imposed without further notice.

**IT IS, THEREFORE, ORDERED** that the Show Cause Order [Doc. 7] is hereby **DISCHARGED**.

**IT IS SO ORDERED.**

Signed: August 28, 2017

Martin Reidinger
United States District Judge